IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LAURA OWENS and JENNIFER JONES § § § Plaintiffs, § § § VS. § § UNIVERSITY OF TEXAS AT TYLER § § Defendant. § | Civil Action No. 6:20-cv-00372-JDK JURY DEMANDED |

LAURA OWENS and §
JENNIFER JONES §
 §
 Plaintiffs, §
 §
 § Civil Action No. 6:20-cv-00372-JDK
VS. §
 §
UNIVERSITY OF TEXAS AT TYLER §
 § JURY DEMANDED
 Defendant. §

## JOINT SETTLEMENT REPORT

Pursuant to the Scheduling Order (Dkt. #16), a settlement conference was conducted in Civil Action No. 6:20-cv-00372-JDK, between the Plaintiffs Laura Owens and Jennifer Jones (the "Plaintiffs") and Defendant University of Texas at Tyler ("Defendant"), on February 3, 2022. The settlement conference was scheduled as a face-to-face mediation with Donivan Flowers at his offices pursuant to the agreement of the Parties. Due to the inclement weather in Tyler on Thursday February 3, the mediator suggested conducting the conference via Zoom. *See* Exhibit A—email from Donivan Flowers.

Both Plaintiffs attended the settlement conference, along with their attorneys George Cowden, IV; Eric Kolder; and Josh H. Ellis.

Michael Donley, Chief Legal Officer, attended the settlement conference on behalf of Defendant, and Drew Harris, from the Office of the Attorney General, and Lars Hagen, from the University of Texas System's Office of General Counsel also attended the settlement conference.

No settlement was reached on February 3; however, the Parties continued to negotiate on February 4 and February 7 and **were able to reach a settlement of all claims** on February 7. The

Parties are working on the final settlement documents and dismissal papers at this time and will file dismissal papers as soon as possible.

Dated: February 8, 2022,	Respectfully submitted,

*/s/ George Cowden, IV* _____	KEN PAXTON
GEORGE COWDEN, IV	Attorney General of Texas
*Lead Counsel*
State Bar Card No. 24071492	BRENT WEBSTER
george@cowdenlawfirm.com	First Assistant Attorney General

**The Cowden Law Firm, PLLC**	GRANT DORFMAN
110 N. College Ave., Suite 1010	Deputy First Assistant Attorney General
Tyler, Texas 75702
(903) 201-3650 (P)	SHAWN COWLES
(903) 201-3651 (F)	Deputy Attorney General for Civil Litigation

	THOMAS A. ALBRIGHT
/s/ *Eric Kolder*	Chief for General Litigation Division
ERIC KOLDER
State Bar Card No. 24083323	*/s/ Drew L. Harris*
ekolder@rameyflock.com	DREW L. HARRIS
JOSH H. ELLIS	Texas Bar No. 24057887
State Bar No. 24100970	Office of the Attorney General
joshe@rameyflock.com	General Litigation Division
	P.O. Box 12548, Capitol Station
**Ramey & Flock, PC**	Austin, Texas 78711-2548
100 E. Ferguson, Suite 404	(512) 463-2120
Tyler, Texas 75702	FAX: (512) 320-0667
(903) 597-3301	Drew.harris@oag.texas.gov
(903) 597-2413 (FAX)

	**ATTORNEYS FOR DEFENDANT**
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who has consented to electronic service on this February 8, 2022. Local Rule CV-5(a)(3)(A).

                                                              _/s/ Eric Kolder_
                                                              Eric Kolder