IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LAURA OWENS and JENNIFER JONES, § § § | |
| Plaintiffs, § § | |
| v. § | Case No. 6:20-cv-372-JDK |
| § | |
| UNIVERSITY OF TEXAS AT TYLER, § § | |
| Defendant. § § § § | |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Motion to Dismiss (Docket No. 45). The Court hereby **GRANTS** the motion and **DISMISSES** all pending claims in this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All parties shall bear their own costs and attorneys' fees.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **6th** day of **April, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE